IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

MERLYN JANNETH MEJIA BERNANDEZ,

Petitioner,

v. Civil Action No. 2:26-cv-767

UNKNOWN,

Respondent.

**FINAL ORDER**

This matter is before the Court on the letter submission of pro se Petitioner Merlyn Janneth Mejia Bernandez ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, challenging the denial of her request for asylum from her home country of Honduras. Dkt. No. 1. The Court construed the submission as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and the matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 3.

On October 6, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court dismiss the Petition as moot for the following reasons: (1) Petitioner previously filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 alleging that she had been unlawfully detained and denied a bond hearing under 8 U.S.C. §1226(a), which the Court granted, ordering that Petitioner be provided a bond hearing, Dkt. No. 7, at 2–3; (2) Petitioner was provided a constitutionally adequate bond hearing and denied bond as a danger to the community and as a risk of flight, *id.*; (3) an Immigration Judge subsequently ordered her removal from the United States to her home country in Honduras and that Removal Order became administratively final on August 26, 2026, *id.*; and (4) in light of the Court's prior orders, it is likely that Petitioner

has already been released from ICE custody and removed to Honduras. *Id.* By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 4, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **DISMISS AS MOOT.**

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 21, 2026